*1071 Sup. Ct. Fla.;
Sup. Ct. Ohio;
C. A. 11th Cir.;
Sup. Ct. Fla.;
Sup. Ct. Ohio;
Sup. Ct. Ohio;
*1072 No. 88-6005.
No. 88-6121.
No. 88-6187.
No. 88-6224.
No. 88-6287.
No. 88-6317.
No. 88-6353.
Sup. Ct. Ill.;
Sup. Ct. Fla.;
Sup. Ct. Cal.;
Sup. Ct. Ohio;
Sup. Ct. Tenn.;
Ct. App. Ohio, Stark County; and
Sup. Ct. Ohio. Certiorari denied. Reported below: No. 88-5136, 525 So. 2d 833; No. 88-5169, 36 Ohio St. 3d 80, 521 N. E. 2d 800; No. 88-5216, 844 F. 2d 1464; No. 88-5582, 522 So. 2d 345; No. 88-5750, 38 Ohio St. 3d 252, 527 N. E. 2d 844; No. 88-5799, 38 Ohio St. 3d 29, 526 N. E. 2d 274; No. 88-6005, 123 Ill. 2d 368, 528 N. E. 2d 631; No. 88-6121, 528 So. 2d 896; No. 88-6187, 46 Cal. 3d 97, 757 P. 2d 569; No. 88-6224, 39 Ohio St. 3d 24, 528 N. E. 2d 1237; No. 88-6287, 762 S. W. 2d 121; No. 88-6353, 39 Ohio St. 3d 122, 529 N. E. 2d 913.